IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 12-25536-TPA |
| Gary M. Bacco and Lisa M. Bacco, | : | |
|     Debtors, | : | |
| | : | Chapter 13 |
| Gary M. Bacco and Lisa M. Bacco, | : | |
|     Movants, | : | |
| | : | Related to Document No. 64 |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Trustee), | : | |
|     Additional Movant, | : | |
| | : | |
| Penn Trafford School District | : | |
| Administration Building | : | |
| P.O. Box 530 | : | |
| Harrison City, PA  15636 | : | |
| Attention:  Payroll Administrator | : | |
|     Respondent. | : | |
| Social Security No.  XXX-XX-3247 | : | |

## CERTIFICATE OF SERVICE

I, Maureen Kroll, Esquire, certify under penalty of perjury that I have served a copy of the January 8, 2018 Proposed Order of Court on the affected parties at the addresses on the attached matrix on January 9, 2018.  The parties were served by U.S. First Class Mail, Postage Prepaid.

01/09/2018                              /s/Maureen Kroll, Esquire
                                            Attorney for Debtors/Movants.
                                            Pa. I.D. No. 61359

                                            8981 Norwin Avenue, Suite 203
                                            North Huntingdon, PA 15642
                                            724-863-6770 / 724-863-7265 (fax)

                                            maureen@mkroll.comcastbiz.net

# MAILING MATRIX

Bank of America
7105 Corporate Drive
Plano, TX  75024-4100

Capital One/Best Buy
PO Box 5253
Carol Stream, IL  60197-5253

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ  85712-1083

Capital One, N.A.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Comenity Bank/Justice
PO Box 182789
Columbus, OH  43218-2789

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH  43054-3025

Discover Financial Svcs LL
PO Box 15316
Wilmington, DE  19850-5316

Dr. Carla Capozzi
3520 Pa Route 130
Irwin, PA  15642

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell, Suite 200
Tucson, AZ  85712-1083

eCAST Settlement Corporation
P.O. Box 28136
New York, NY  10087-8136

GECRB/JC Penneys
PO Box 965005
Orlando, FL  32896-5005

Geiger Plumbing
4018 Pa Route 130
Irwin, PA  15642

Jefferson Capital Systems LLC
P.O. Box 7999
Saint Cloud, MN  56302-7999

Kohls/Capital One
PO Box 3115
Milwaukee, MI  53201-3115

Macy's/DSNB
PO Box 8218
Mason, OH  45040-8218

Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX  75261-9096

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX  75067

NES
29125 Solon Road
Solon, OH  44139-3442

Penn Trafford FCU
558-B State Route 130
Trafford, PA  15085

Phelan Hallinan & Schmieg
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA  19103

PNC Bank
P.O. Box 94982
Cleveland, OH  44101

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541-1067

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA  23541

Quantum3 Group LLC
As Agent for Comenity Bank
P.O. Box 788
Kirkland, WA  98083-0788

Schwiekarth's Auto Service
4098 Route 130
Irwin, PA  15642

Sears/CBNA
133200 Smith Road
Cleveland, OH  44130

Sears/CBNA
P.O. Box 6282
Sioux Falls, SD  57117

Sears/CBNA
PO Box 6497
Sioux Falls, SD  57117

Target National Bank
c/o Weinstein and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA  98121-3132

Target National Bank
c/o Target Credit Services
PO Box 673
Minneapolis, MN  55440-0673

Daniel R. Schimizzi, Esquire
Keystone Commons
35 W. Pittsburgh Street
Greensburg, PA  15601

Recovery Management Systems Corp.
25 S. E. 2nd Avenue, Suite 1120
Miami, FL  33131-1605

Penn Trafford School District
Administration Building
P.O. Box 530
Harrison City, PA  15636

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

U.S. Trustee's Office
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Lisa M. and Gary M. Bacco
110 Suhan Drive
Irwin, PA  15642