Case 12-25536-TPA    Doc 68    Filed 01/10/18    Entered 01/11/18 00:49:48    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
1/8/18 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No. 12-25536-TPA |
| Gary M. Bacco and Lisa M. Bacco, Debtors, | |
| | Chapter 13 |
| Gary M. Bacco and Lisa M. Bacco, Movants, | |
| | Related to Doc. Nos. 62 |
| And | |
| Ronda J. Winnecour, Esquire (Trustee), Additional Movant, | |
| Penn Trafford School District Administration Building P.O. Box 530 Harrison City, PA 15636 Attention: Payroll Administrator Respondent. | |
| Social Security No. XXX-XX-3247 | |

PROPOSED ORDER OF COURT

This __8th__ day of _____January_____, 2018, the Debtors' wage attachment with Penn Trafford School District is terminated effective upon the date of this Order.

Prepared by:
Maureen Kroll, Esquire
Attorney for Debtors/Movants.

By:_____ J.
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary M. Bacco  
Lisa M. Bacco  
    Debtors

Case No. 12-25536-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Jan 08, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.  
db/jdb        +Gary M. Bacco,   Lisa M. Bacco,   110 Suhan Drive,   Irwin, PA 15642-5709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:

         James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
         Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         Maureen Kroll    on behalf of Debtor Gary M. Bacco maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net  
         Maureen Kroll    on behalf of Joint Debtor Lisa M. Bacco maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net  
         Maureen Kroll    on behalf of Plaintiff Gary M. Bacco maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net  
         Maureen Kroll    on behalf of Plaintiff Lisa M. Bacco maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Richard W. Schimizzi    on behalf of Creditor    Geiger Plumbing, Inc. rws@schimizzilaw.com, mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                 TOTAL: 10