FILED
1/8/18 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| GARY M. BACCO | Case No.12-25536TPA |
| LISA M. BACCO | |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee | |
| Movant | Chapter 13 |
| vs. | |
| GARY M. BACCO | |
| LISA M. BACCO | Document No.____63____ |
| Respondents | |

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this _____8th_____ day of __January__ , 20<u>18</u>, it is hereby ORDERED, ADJUDGED, and DECREED that,

Penn Trafford School District
Attn: Payroll Manager
Administration Bldg
Harrison City,PA 15636

is hereby ordered to immediately terminate the attachment of the wages of GARY M. BACCO,

social security number XXX-XX-3247.   No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of GARY M. BACCO.

BY THE COURT:

_____ **vas**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-25536-TPA
Gary M. Bacco                                                                   Chapter 13
Lisa M. Bacco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Jan 08, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
db/jdb          +Gary M. Bacco,   Lisa M. Bacco,   110 Suhan Drive,   Irwin, PA 15642-5709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor     BANK OF AMERICA, N.A. pawb@fedphe.com
          Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Maureen  Kroll    on behalf of Debtor Gary M. Bacco maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen  Kroll    on behalf of Joint Debtor Lisa M. Bacco maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen  Kroll    on behalf of Plaintiff Gary M. Bacco maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen  Kroll    on behalf of Plaintiff Lisa M. Bacco maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard W. Schimizzi    on behalf of Creditor    Geiger Plumbing, Inc. rws@schimizzilaw.com,
           mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                   TOTAL: 10