Form 317 (63b–D)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gary M. Bacco** | : | Case No. 12–25536–TPA |
| **Lisa M. Bacco** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

## ORDER

    In a Chapter 13 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a ***Statement of Completion*** evidencing completion of a personal financial management course, or alternatively, a ***Certification*** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is no later than the date when the last payment was made by the Debtor as required by the plan or the filing of a motion for a discharge under *11 U.S.C. §1328(b)* of the Bankruptcy Code. Furthermore, *11 U.S.C. §1328(g)(1)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

    In this case, the Debtor(s) failed to timely file a certification substantially conforming to *Official Form No. 423*, i.e., a ***Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management***, that reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation, and/or a ***Certification of Discharge Eligibility***.

    **AND NOW**, this **The 26th of March, 2018**, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order**. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

cm: Debtor
    All Creditors and Parties in Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-25536-TPA
Gary M. Bacco                                                       Chapter 13
Lisa M. Bacco
       Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0315-2           User: vson                  Page 1 of 2              Date Rcvd: Mar 26, 2018
                               Form ID: 317                Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db/jdb         +Gary M. Bacco,    Lisa M. Bacco,    110 Suhan Drive,    Irwin, PA 15642-5709
cr             +Geiger Plumbing, Inc.,    4018 Rear Route 130,    Irwin, PA 15642-7830
13557309       +BANK OF AMERICA,    7105 CORPORATE DRIVE,    PLANO, TX 75024-4100
13548750        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13515577        Capital One/Best Buy,    PO Box 5253,    Carol Stream, IL  60197-5253
13515578        Comenity Bank/Justice,    PO Box 182789,    Columbus, OH  43218-2789
13529061       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13515580       +Dr. Carla Capozzi,    3520 Pa Route 130,    Irwin, PA 15642-1438
13515582       +Geiger Plumbing,    4018 Pa Route 130,    Irwin, PA 15642-7830
13515584        Macy's/DSNB,    PO Box 8218,    Mason, OH  45040-8218
13582895      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
13515585        NES,   29125 Solon Road,    Solon, OH  44139-3442
13524942       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13515586       +Penn Trafford FCU,    558-B State Route 130,    Trafford, PA 15085-1362
13515587       +Phelan Hallinan & Schmieg,    1617 JFK Boulevard, Suite 1400,     One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13515588       +Schwiekarth's Auto Service,    4098 Route 130,    Irwin, PA 15642-7830
13515589        Sears/CBNA,    133200 Smith Road,    Cleveland, OH  44130
13515590       +Sears/CBNA,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13515591       +Sears/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13515592        Target National Bank,    c/o Target Credit Services,    PO Box 673,    Minneapolis, MN  55440-0673
13852861        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2018 02:27:28
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Mar 27 2018 02:22:14     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13598332       +E-mail/Text: bnc@bass-associates.com Mar 27 2018 02:22:14     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13517720        E-mail/Text: mrdiscen@discover.com Mar 27 2018 02:22:15     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13515579        E-mail/Text: mrdiscen@discover.com Mar 27 2018 02:22:15     Discover Financial Svcs LL,
                 PO Box 15316,    Wilmington, DE  19850-5316
13515581        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 02:27:23     GECRB/JC Penneys,    PO Box 965005,
                 Orlando, FL  32896-5005
13627428        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 27 2018 02:23:17     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
13515583        E-mail/Text: bnckohlsnotices@becket-lee.com Mar 27 2018 02:22:18     Kohls/Capital One,
                 PO Box 3115,    Milwaukee, MI  53201-3115
13603933        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 02:45:39
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13547200        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2018 02:22:31
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13541524        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2018 02:22:31
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13514541        E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2018 02:27:28
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13535659       +E-mail/Text: bncmail@w-legal.com Mar 27 2018 02:23:08     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13594396       +E-mail/Text: bncmail@w-legal.com Mar 27 2018 02:23:08     TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              NATIONSTAR MORTGAGE LLC
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
cr*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NATIONSTAR MORTGAGE, LLC,     350 Highland Drive,
                 Lewisville, TX  75067)
cr*            +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
                                                                                   TOTALS: 2, * 3, ## 0

```
District/off: 0315-2          User: vson                  Page 2 of 2               Date Rcvd: Mar 26, 2018
                              Form ID: 317                Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
          Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Maureen   Kroll    on behalf of Joint Debtor Lisa M. Bacco maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen   Kroll    on behalf of Plaintiff Gary M. Bacco maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen   Kroll    on behalf of Plaintiff Lisa M. Bacco maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen   Kroll    on behalf of Debtor Gary M. Bacco maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard W. Schimizzi    on behalf of Creditor    Geiger Plumbing, Inc. rws@schimizzilaw.com,
           mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```