FILED
4/2/18 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 12-25536-TPA |
| Gary M. Bacco and Lisa M. Bacco, | : | |
|     Debtors, | : | |
| | : | Chapter 13 |
| Gary M. Bacco and Lisa M. Bacco, | : | |
|     Movants, | : | |
| | : | Related to Document No. 77, 79 |
| Vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Trustee), | : | |
|     Respondent. | : | |

### ORDER OF COURT

AND NOW, to-wit, this __2nd__ day of _____April_____, 2018, upon consideration of Debtors'/Movants' Motion For Reconsideration and following notice to the creditors and an opportunity to be heard, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

    1.  The Order of March 26, 2018 closing case without discharge at Document No. 77 is **VACATED** and the Debtor/Movants are entitled to receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy code.  The Clerk shall issue the Discharge Order.

Prepared by:
Maureen Kroll, Esquire
Attorney for Debtors/Movants.

BY THE COURT:

_____
Honorable Thomas P. Agresti

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-25536-TPA
Gary M. Bacco                                                           Chapter 13
Lisa M. Bacco
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 1              Date Rcvd: Apr 02, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.
db/jdb         +Gary M. Bacco,    Lisa M. Bacco,    110 Suhan Drive,    Irwin, PA 15642-5709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:
    James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
    Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
    Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
    Maureen   Kroll    on behalf of Debtor Gary M. Bacco maureen@mkroll.comcastbiz.net,
    lisa@mkroll.comcastbiz.net
    Maureen   Kroll    on behalf of Joint Debtor Lisa M. Bacco maureen@mkroll.comcastbiz.net,
    lisa@mkroll.comcastbiz.net
    Maureen   Kroll    on behalf of Plaintiff Gary M. Bacco maureen@mkroll.comcastbiz.net,
    lisa@mkroll.comcastbiz.net
    Maureen   Kroll    on behalf of Plaintiff Lisa M. Bacco maureen@mkroll.comcastbiz.net,
    lisa@mkroll.comcastbiz.net
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Richard W. Schimizzi    on behalf of Creditor   Geiger Plumbing, Inc. rws@schimizzilaw.com,
    mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                   TOTAL: 10