**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    GARY M. BACCO
    LISA M. BACCO
         Debtor(s)

Case No.:12-25536 TPA

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/09/2012 and confirmed on 04/01/2013. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 114,171.00 |
| Less Refunds to Debtor | 1,606.90 | |
| TOTAL AMOUNT OF PLAN FUND | | 112,564.10 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,050.00 | |
|    Trustee Fee | 4,343.31 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,393.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 54,409.34 | 0.00 | 54,409.34 |
|   Acct: 1532 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 25,243.61 | 25,243.61 | 0.00 | 25,243.61 |
|   Acct: 1532 | | | | |
| ECAST SETTLEMENT CORP** | 857.49 | 857.49 | 0.00 | 857.49 |
|   Acct: 0100 | | | | |
| PENN TRAFFORD FCU | 4,307.00 | 4,307.00 | 264.88 | 4,571.88 |
|   Acct: 0008 | | | | |
| | | | | 85,082.32 |
| **Priority** | | | | |
| MAUREEN KROLL | 2,050.00 | 2,050.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GARY M. BACCO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GARY M. BACCO | 1,606.90 | 1,606.90 | 0.00 | 0.00 |
|   Acct: | | | | |

\*\*\*N O N E\*\*\*

Case 12-25536-TPA    Doc 89    Filed 05/22/18    Entered 05/22/18 15:22:01    Desc Main
                                  Document      Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| PNC BANK NA<br>Acct: 0969 | 9,782.79 | 9,782.79 | 0.00 | 9,782.79 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 2041 | 905.67 | 905.67 | 0.00 | 905.67 |
| ECAST SETTLEMENT CORP**<br>Acct: 0100 | 792.36 | 792.36 | 0.00 | 792.36 |
| COMENITY BANK<br>Acct: XXXX0... | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 1652 | 5,577.75 | 5,577.75 | 0.00 | 5,577.75 |
| CARLA CAPOZZI DMD<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 4885 | 1,084.74 | 1,084.74 | 0.00 | 1,084.74 |
| GEIGER PLUMBING<br>Acct: 7794 | 180.00 | 180.00 | 0.00 | 180.00 |
| CAPITAL ONE NA**<br>Acct: 1984 | 975.41 | 975.41 | 0.00 | 975.41 |
| DEPARTMENT STORES NATIONAL BANK/M<br>Acct: 2846 | 296.94 | 296.94 | 0.00 | 296.94 |
| PENN TRAFFORD FCU<br>Acct: 0008 | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHWIEKARTHS AUTO SERVICE<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++<br>Acct: XXXXXXXXXX3... | 0.00 | 0.00 | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++<br>Acct: XXXXXXXXXX4... | 0.00 | 0.00 | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++<br>Acct: XXXXXXXXXX2... | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 2305 | 843.31 | 843.31 | 0.00 | 843.31 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 2709 | 649.50 | 649.50 | 0.00 | 649.50 |
| | | | | 21,088.47 |

TOTAL PAID TO CREDITORS                                                          106,170.79

TOTAL CLAIMED
PRIORITY              0.00
SECURED          30,408.10
UNSECURED        21.088.47

Date: 05/22/2018                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com